

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

YUTONG LI,

Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, Attorney General of the United States, in her official capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; PATRICK DIVVER, San Diego ICE Field Office Director, in his official capacity; WARDEN of Imperial Regional Detention Facility, in his official capacity,

Respondents.

Case No.: 26cv1223 DMS MMP

**ORDER REQUIRING RESPONSE**

On February 25, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before **March 5, 2026**. Petitioner shall file his reply on or before **March 9, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees,

26cv1223 DMS MMP

attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

    **IT IS SO ORDERED**.

Dated:  February 27, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

2

26cv1223 DMS MMP