# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

YUTONG LI,

Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, Attorney General of the United States, in her official capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; PATRICK DIVVER, San Diego ICE Field Office Director, in his official capacity; WARDEN of Imperial Regional Detention Facility, in his official capacity,

Respondents.

Case No.:  26cv1223 DMS MMP

**ORDER DISMISSING PETITION AS MOOT**

On March 5, 2026, Respondents filed a Notice of Supplemental Facts Regarding Bond Hearing informing the Court that Petitioner's request for release on bond was granted today.  Accordingly, the Court dismisses this case as moot.

**IT IS SO ORDERED**.

Dated:  March 5, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv1223 DMS MMP

26cv1223 DMS MMP